**ORDERED ACCORDINGLY.**

PIEKARSKI & BRELSFORD, P.C.
2633 E Indian School Road, Ste. 460
Phoenix AZ 85016
Phone: (602) 956-1161
Fax: (480) 247-4383
Christopher J. Piekarski, AB# 019251
Nathan J. Brelsford, AB# 024853
Attorneys for Debtor

**Dated: January 26, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MICHAEL J. KAUS and BRIDGET A. DUNN,<br><br>Debtor(s).<br><br>_____<br><br>MICHAEL J. KAUS and BRIDGET A. DUNN,<br><br>Plaintiff.<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Mortgage Funding Trust 2007-SL1, Mortgage-Backed Certificates, Series 2007-SL1,<br><br>Defendants. | In Proceeding Under<br>Chapter 13<br><br>Case No.: 2:09-bk-19053-RTB<br><br>Adv. No.: 2:09-ap-01204-RTB<br><br>JUDGMENT |

This matter comes before the Court on the Plaintiff's Application for Default Judgment against the Defendants, BANK OF AMERICA, N.A., et. al. The Defendants having been served with a copy of the Summons and Complaint on September 16, 2009 and no timely response was filed, the Court finds that the Plaintiff is entitled to a default judgment in this matter.

The Court finds that the value of the real property located at 7154 W Candelaria Drive, Glendale, AZ 85310 (the "Property") with a legal description as follows:

- 1

**LOT 78, HILLCREST RANCH PARCEL G, ACCORDING TO BOOK 375 OF MAPS, PAGE 10, RECORDS OF MARICOPA COUNTY, ARIZONA.**

to be $170,000.00. The Property is secured by a first mortgage lien recorded in favor of The Lending Company, LLC in the amount of $295,388.00. The Property is secured by a second mortgage lien recorded in favor of The Lending Company, LLC, which rights were assigned and transferred to Defendants, in the amount of $68,343.68. The Court finds that the Defendants' second mortgage lien is unsecured as there is no equity for the mortgage lien to attach to. Based on the findings by this Court;

IT IS HEREBY ORDERED that a judgment be entered in favor of the Plaintiff against Defendants.

IT IS FURTHER ORDERED that the Defendants' second mortgage lien is totally unsecured and that the lien is voided upon the entry of a discharge in the Chapter 13 case.

IT IS FURTHER ORDERED that this Order may be recorded and shall have the effect of voiding the lien on the public records.

IT IS FINALLY ORDERED that this Order is a FINAL Order.

SIGNED AND DATED ABOVE.

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: aguilara            Page 1 of 1              Date Rcvd: Jan 27, 2010
Case: 09-01204                Form ID: pdf005           Total Noticed: 4
```

The following entities were noticed by first class mail on Jan 29, 2010.
```
ust           +U.S. TRUSTEE,    OFFICE OF THE U.S. TRUSTEE,    230 NORTH FIRST AVENUE,    SUITE 204,
               PHOENIX, AZ 85003-1725
dft           +BANK OF AMERICA, N.A.,    401 N. TRYON STREET,    NC1-021-02-20,    CHARLOTTE, NC 28255-0001
pla           +BRIDGET A DUNN,    7154 W CANDELARIA DRIVE,    GLENDALE, AZ 85310-5694
pla           +MICHAEL J KAUS,    7154 W CANDELARIA DRIVE,    GLENDALE, AZ 85310-5694
```
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2010**                           **Signature:**    _Joseph Speetjens_